No. 150. CALIFORNIA STATE BOARD OF EQUALIZATION *v.* CARLSON. C. A. 9th Cir. Certiorari denied.

No. 161. ROSS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 163. CLEVELAND TRUST CO. ET AL., EXECUTORS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 164. CONTINENTAL CAN CO., INC. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 165. STAMP ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 166. MOYER *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 167. EXTON DRIVE-IN, INC. *v.* HOME INDEMNITY CO. ET AL. Sup. Ct. Pa. Certiorari denied.

No. 168. AMERICAN NATIONAL BANK OF AUSTIN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 171. FREDERICK SNARE CORP. *v.* VIGO STEAMSHIP CORP. ET AL. Ct. App. N. Y. Certiorari denied.

No. 172. NOLAN ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 174. GILA RIVER PIMA-MARICOPA INDIAN COMMUNITY ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.